IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-01312-WDM-MJW

HAROLD MOORE,

    Plaintiff,

v.

INFINITY RADIO, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    The motion to re-open is granted.

Dated: September 26, 2005

                                          /s/ Jane Trexler, Secretary/Deputy Clerk