IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01312-WDM-MJW

HAROLD MOORE,

Plaintiff,

v.

INFINITY RADIO, INC., and
KXKL-FM,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Non-Party Witness Al Brady Law's Amended Motion to Withdraw Pending Objection and Motions (docket no. 133) is GRANTED. The requested documents (docket nos. 123, 124, 129 and 125) are withdrawn.

Date: October 20, 2005