IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-01312-WDM-MJW

HAROLD MOORE,

    Plaintiff,

v.

INFINITY RADIO, INC., et al.,

    Defendants.

_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    This case was administratively closed on August 3, 2004, to allow the parties to enter into arbitration. On September 23, 2005, interested party Al Brady Law moved to reopen to resolve issues in conjunction with a motion for protective order. Those issues have been decided. There being no further issues before the court, this case is again administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a motion to reopen this case for good cause on or before October 26, 2006, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on October 26, 2005.

                                            BY THE COURT:

                                            /s/ Walker D. Miller
                                            United States District Judge

PDF FINAL